# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO.  5:98cr38-RH

LOUIS DARRYL VARELA,

    Defendant.

_____/

## ORDER TERMINATING SUPERVISED RELEASE

    The probation officer has submitted a memorandum recommending early termination of the defendant Louis Darryl Varela's supervised release.  The probation officer has indicated the government does not oppose the request.

    I have considered the factors listed in 18 U.S.C. § 3553(a) and the criteria listed in Monograph 109 as approved by the Judicial Conference of the United States.  I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice.  *See* 18 U.S.C. § 3583(e)(1).  Accordingly,

    IT IS ORDERED:

Mr. Varela's term of supervised release is terminated as of August 8, 2016, at 9:41 a.m.

SO ORDERED on August 8, 2016.

s/Robert L. Hinkle  
United States District Judge